FILED

11/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0616

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0616

_____

CHAD WILLIAMS,

Petitioner,

v.                                                      O R D E R

TOM GREEN, Warden,
Dawson County Correctional Facility,

Respondent.

_____

Chad Williams has filed a Petition for Writ of Habeas Corpus, indicating that he is due elapsed time, or street time, credit and that the Missoula County District Court only awarded him jail time credit. Williams provides that he began serving his probation on November 16, 2013, yet his attachment refers to November 25, 2013. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Chad Williams personally.

DATED this 6th day of November, 2024.

_____
Justice